# United States Court of Appeals
## For the First Circuit

No. 13-1146

UNITED STATES,

Appellee,

v.

JUAN JOSÉ SANTIAGO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on September 12, 2014 is amended as follows:

On page 2, line 2, replace "years" with "years'".

On page 3, line 7; page 6, line 17; page 14, line 6, replace "contendre" with "contendere".

On page 10, line 1, replace "F.App'x." with "F.App'x".